**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harley D. Hembd,<br><br>    Plaintiff,<br><br>vs.<br><br>James G. Roche,<br><br>    Defendant. | No. CIV 05-0735-PHX-DKD<br><br>**ORDER** |

  Pending before the Court is Defendant's Motion to Dismiss (Doc. #6), filed August 25, 2005. Upon the Court's review of the pleadings submitted, the Court will convert said motion to a Motion for Summary Judgment. A motion to dismiss should be converted to a motion for summary judgment if the court is considering materials outside the pleadings. Fed. R. Civ. P. 12(b)(b); *Grove v. Mead School District No. 354*, 753 F.2d 1528, 1532 (9th Cir. 1985). All parties must be given notice that the court is considering material outside the pleadings and treating the motion as one for summary judgment. *Grove*, 753 F.2d at 1528. Accordingly,

  **IT IS HEREBY ORDERED** converting Defendant's Motion to Dismiss into a Motion for Summary Judgment.

  **IT IS FURTHER ORDERED** that Plaintiff shall have ten (10) days from the date this Order is filed to submit additional material, if any, to Defendant's Motion for Summary Judgment.

1  **IT IS FURTHER ORDERED** that Defendant shall file any additional material, if any,
2  within fifteen (15) days from the date of Plaintiff's filing of additional material.
3  DATED this 16th day of February, 2006.

---

David K. Duncan
United States Magistrate Judge