**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Harley D. Hembd, | ) | |
| Plaintiff, | ) ) | No. CIV 05-0735-PHX-DKD |
| vs. | ) ) | **ORDER** |
| Michael L. Dominguez, | ) ) | |
| Defendant. | ) ) | |

Pending before the Court is Plaintiff's Motion for Continuance regarding the June 1, 2006, telephonic Case Management Conference. Upon good cause shown, and the government having no objection,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Continuance. The hearing of June 1, 2006, is hereby vacated.

**IT IS FURTHER ORDERED** setting the telephonic Case Management Conference for June 8, 2006, at 9:00 a.m. Counsel for Defendant shall be responsible for coordinating the telephonic hearing between the parties and the Court.

DATED this 17th day of May, 2006.

David K. Duncan
United States Magistrate Judge